IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
DOCKET NO: 17-4308

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>    **Plaintiff-Appellee** )<br> )<br>**v.** )<br> )<br>**BRADFORD D VOL ALLEN** )<br>    **Defendant-Appellant** )<br> ) | **MOTION FOR<br>EXTENSION OF TIME** |

NOW COMES Defendant-Appellant, Bradford D Vol Allen ("Appellant"), by and through his undersigned counsel, and pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and hereby moves for an extension of time in which to file the opening brief and joint appendix in the hereinabove matter and does so for the following reasons:

1. Appellant's brief and joint appendix are currently due on November 2, 2017.

2. The undersigned has a jury trial and major hearing next week that will consume his schedule this week.

3. The undersigned has not requested an extension of time since he entered an appearance in this matter.

4. Defendant-Appellant requests an additional fourteen (14) days to finalize the joint appendix and file the brief.

5. The undersigned has contacted the attorney for the Government regarding this motion and the Government consents to this motion.

WHEREFORE, for the above-stated reasons, Appellant moves to extend the time to file the brief and joint appendix fourteen (14) days up to and including November 16, 2017.

This the 30th day of October, 2017.

                        s/ Robert C. Carpenter
                        Robert C. Carpenter
                        N.C. State Bar No. 36672
                        DUNGAN, KILBOURNE & STAHL, P.A.
                        One Rankin Avenue, Third Floor
                        Asheville, NC 28801
                        828-254-4778
                        828-254-6646 fax
                        bcarpenter@dunganlaw.com
                        *Attorney for Defendant-Appellant*

## **CERTIFICATE OF SERVICE**

     I CERTIFY that according to CM/ECF records, a copy of the foregoing was served upon the individual(s) listed below via electronic notification from the Court and by depositing a copy thereof enclosed in a post-paid, properly addressed wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service as indicated below:

     Ms. Amy Elizabeth Ray
amy.ray@usdoj.gov

     This the 30th day of October , 2017.


                                      s/ Robert C. Carpenter
                                      Robert C. Carpenter
                                      N.C. State Bar No. 36672
                                      DUNGAN, KILBOURNE & STAHL, P.A.
                                      One Rankin Avenue, Third Floor
                                      Asheville, NC 28801
                                      828-254-4778
                                      828-254-6646 fax
                                      bcarpenter@dunganlaw.com
                                      *Attorney for Defendant-Appellant*